UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BREON TYREE BRUNSON (1),<br>NICKIE HEILDELBURG NIXON (2),<br><br>　　　　　Defendant. | CASE NO.: 22-cr-00149-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |
|---|---|

Pursuant to the unopposed motion, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting currently set for April 29, 2022 until June 10, 2022 at 1:30 p.m. before Honorable Janis L. Sammartino. Defendants released on bond shall file an acknowledgement of the new hearing date within one week of this order.

For the reasons set forth in the joint motion, time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D)(pending motions) and § 3161(h)(7) (ends of justice).

**SO ORDERED.**

Dated: April 25, 2022

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge