# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BREON TYREE BRUNSON (1),<br>NICKIE HEILDELBURG NIXON (2),<br><br>　　　　Defendants. | Case No.: 22-cr-00149-JLS<br><br><br>**ORDER** |

　　　Upon application of the parties and good cause appearing thereof,

IT IS HEREBY ORDERED that:

1. The currently scheduled motion hearing/trial setting on November 4, 2022, is continued to November 18, 2022, at 1:30 p.m.;

2. Defendants released on bond shall file an acknowledgement of the new hearing date within one week of this order;

3. Leave to file additional motions is granted;

4. Time shall be excluded in the interest of justice under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(1)(D).

IT IS SO ORDERED.

Dated: October 26, 2022

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge