# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>BREON TYREE BRUNSON (1),<br>NICKIE HEILDELBURG NIXON (2),<br><br>    Defendant. | CASE NO.: 22-cr-00149-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER TO CONTINUE SUPPRESSION HEARING** |

Pursuant to the unopposed motion, IT IS HEREBY ORDERED that the Suppression Hearing currently set for December 2, 2022 be continued until January 9, 2023 at 9:00 a.m. before Honorable Janis L. Sammartino. Defendants released on bond shall file an acknowledgement of the new hearing date within one week of this order.

The parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D)(pending motions) and § 3161(h)(7) (ends of justice).

**SO ORDERED.**

Dated: November 28, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge